1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone 415/394-3800
3  Facsimile 415/394-3806
   zenia@jacksonsquarelaw.com
4
   Attorney for Defendant
5  BRYAN COCHRAN

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,           Case No. Case No.  4:14-mj-71190-MAG

13          Plaintiff,
                                        STIPULATION AND
14      v.                              [Proposed] ORDER TO CONTINUE
                                        PRELIMINARY HEARING AND
15  BRYAN COCHRAN,                      EXCLUDE TIME UNDER THE SPEEDY
                                        TRIAL ACT
16          Defendant.

17

18      THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for

19  December 9, 2014, at 9:30 am shall be continued to March 3. 2015, at 9:30 am.

20      Defendant, Bryan Cochran, agrees time is excluded under *18 U.S.C. section 3161(b)*, and

21  waived under *Fed.Rule Crim. Proc. 5.1( c)* and *(d)*.

22      It is further stipulated and agreed between the parties that the time be excluded until the

23  requested hearing date on March 3, 2015.  The reason for this request is to allow time for

24  continued discussion between the defense and government attorneys, who are attempting to

25  reach a pre-indictment disposition in this matter.  In order for this to be accomplished, additional

26  discovery must be exchanged and reviewed, and followed up with further discussions.  The basis

27  for the exclusion of time under the Speedy Trial Act is to ensure there is reasonable time

28

Stipulation and [Proposed] Order to Continue Preliminary Hearing and Exclude Time under the Speedy Trial Act

necessary for effective representation, pursuant to *18 U.S.C. section 3161(h)(7)(B)(iv)*.

| | |
|---|---|
| */s/ Kevin James Barry* | */s/ Zenia K. Gilg* |
| KEVIN JAMES BARRY | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: December 5, 2014 | Dated: December 5, 2014 |

**IT IS SO ORDERED.**

Dated: 12/8/14

_____
Honorable Magistrate Judge
KANDIS A. WESTMORE