1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6840
7       FAX: (415) 436-7123
        Email: kevin.barry@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )   NO. CR 14-MJ-71190 MAG
14                                      )
          Plaintiff,                    )
15                                      )
      v.                                )   **STIPULATION AND [~~PROPOSED~~] ORDER**
16                                      )   **CHANGING HEARING DATE**
   BRYAN COCHRAN,                       )
17                                      )
          Defendant.                    )
18                                      )
                                        )
19 _____)

20
         The Court has set November 6, 2015, at 9:30 a.m. as the date for a preliminary hearing or
21
   arraignment.  The parties hereby stipulate to reset the preliminary hearing or arraignment to December
22
   4, 2015 at 9:30 a.m., and they request that the Court extend the time limits provided by Federal Rule of
23
   Criminal Procedure 5.1(c).  This extension of time is necessary for the parties to explore possible pre-
24
   indictment resolution and for effective preparation of counsel.
25

26
         Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of time, and
27
   the parties represent that good cause exists for this extension, including the effective preparation of
28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
   CR 14-mj-71190 MAG                          1

counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this order through February 26, 2015. The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: November 4, 2015              _____/s/_____
                KEVIN J. BARRY
                Assistant United States Attorney

DATED: November 4, 2015              _____/s/_____
                ZENIA K. GILG
                Attorney for BRYAN COCHRAN

Attestation of Filer

In addition to myself, the other signatory to this document is <u>Zenia K. Gilg</u>. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: November 4, 2015              _____/s/_____
                KEVIN J. BARRY
                Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court sets December 4, 2015, as the date for the arraignment or preliminary hearing.  The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through December 4, 2015, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  11/4/15

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge